UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on November 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kemela M. Carter

| | |
|---|---|
| Case No. | 16-34300 |
| Hearing Date: | 12/13/17 at 10:00 am |
| Judge: | Michael B. Kaplan |
| Chapter: | 13 |

## ORDER TO SHOW CAUSE
## WHY THE MOTION SHOULD NOT BE DENIED OR THE DOCUMENT
## STRICKEN FOR FAILURE TO COMPLY WITH THE COURT'S DIRECTIVE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 27, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having noted that __Denise E. Carlon_____ was directed to file: __#21 ORDER TO BE SUBMITTED_____ and that the document has not been filed, it is hereby

ORDERED that __Denise E. Carlon_____ shall show cause on __December 13, 2017_____ at __10:00 am__ in the United States Bankruptcy Court, __402 East State Street, Trenton__, New Jersey, Courtroom number __8__, before the Honorable __Michael B. Kaplan_____ why the:

- ☒ motion should not be denied,

- ❏ pleading should not be stricken.

*new 9/10/07*