Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  16–34300–MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kemela M. Carter
   12 Ashley Ct.
   Somerset, NJ 08873

Social Security No.:
   xxx–xx–7801

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 21, 2017
JAN: wir

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kemela M. Carter  
    Debtor

Case No. 16-34300-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Dec 21, 2017  
                   Form ID: 148     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
```
db             +Kemela M. Carter,    12 Ashley Ct.,    Somerset, NJ 08873-4671
cr              Nautam Gantara,    POB 20091,    Sugar Land, TX 77496-0091
516562757     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: Mabt/contfin,    121 Continental Dr Ste 1,    Newark, DE 19713)
516562748      +Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365-5010
516562755       First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
516756771       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                Ft. Worth, TX 76101-2032
516562758      +Midwest Recovery Syste,    2747 W Clay St Ste A,    Saint Charles, MO 63301-2557
516562759       Nautam Ganatra,    POB 20091,    Sugarland, TX 77496-0091
516598881      +Navient Solutions, Inc. on behalf of GLHEC,    2401 International Lane,    Madison, WI 53704-3121
516598880      +Navient Solutions, Inc. on behalf of NJHESAA,    P.O. Box 548,    Trenton, NJ 08625-0548
516625454       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
516562763      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2017 22:43:49     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2017 22:43:49     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516562747      +E-mail/Text: bankruptcycare@affinityfcu.com Dec 21 2017 22:43:42     Affinity Fcu,
                73 Mountainview Blvd Bld,    Basking Ridge, NJ 07920-2332
516615455      +E-mail/Text: bankruptcy@flagshipcredit.com Dec 21 2017 22:43:54     CarFinance Capital,
                P.O. Box 3807,    Coppell, Texas 75019-4354
516562749      +E-mail/Text: bankruptcy@flagshipcredit.com Dec 21 2017 22:43:54     Carfinance.com,
                7525 Irvine Center Dr St,    Irvine, CA 92618-3066
516562750      +EDI: CAUT.COM Dec 21 2017 22:43:00     Chase Auto Finance,    National Bankruptcy Dept,
                201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516562751      +EDI: CCS.COM Dec 21 2017 22:43:00     Credit Collections Svc,    Po Box 773,
                Needham, MA 02494-0918
516562752      +EDI: RCSFNBMARIN.COM Dec 21 2017 22:43:00     Credit One Bank Na,    Po Box 98873,
                Las Vegas, NV 89193-8873
516562753       EDI: RCSDELL.COM Dec 21 2017 22:43:00     Dell Financial Services,    Attn: Bankruptcy,
                Po Box 81577,    Austin, TX 78708
516588923       EDI: IRS.COM Dec 21 2017 22:43:00     Dept. of the Treasury,    Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA  19101-7346
517174564       EDI: ECMC.COM Dec 21 2017 22:38:00     ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
517174565       EDI: ECMC.COM Dec 21 2017 22:38:00     ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408,    ECMC,
                PO BOX 16408,    ST. PAUL, MN 55116-0408
516562754      +EDI: BLUESTEM Dec 21 2017 22:43:00     Fingerhut,    6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
516763176       EDI: CAUT.COM Dec 21 2017 22:43:00     JPMorgan Chase Bank, N.A.,
                National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ  85038-9505
516811486       EDI: RESURGENT.COM Dec 21 2017 22:43:00     LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516562760      +EDI: NAVIENTFKASMSERV.COM Dec 21 2017 22:43:00     Navient,    Attn: Bankruptcy,    Po Box 9500,
                Wilkes-Barr, PA 18773-9500
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516648356*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
516562756*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
516562761*     +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
516562762*     +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 21, 2017
                              Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Kemela M. Carter ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```